IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 AUG -5 P 3: 15
AT BALTIMORE
_____DEPUTY

ROSE M. WISE         :

    Plaintiff           :

vs.                  :    Civil No.: JFM-022323

GALLAGHER BASSETT SERVICES, INC. :

    Defendant           :

### ORDER

Upon consideration of the Consent Motion for Extension of Time (for Plaintiff to file a Response to Defendant's Motion for Summary Judgment) and appearing from the record it should be granted it is this ___5x___ day of ___Augt___, 2002,

ORDERED that Plaintiff shall have up to and including September 3, 2002 within which to file her Opposition to Defendant's Motion for Summary Judgment.

_____
JUDGE, United States District Court for
the District of Maryland

3

(31)