IN THE UNITED STATES DISTRICT COURT
For THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROSE M. WISE | * |
| | * |
| v. | * Civil No. JFM-02-2323 |
| | * |
| GALLAGHER BASSETT | * |
| SERVICES, INC. | * |

*****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 27th day of August 2002

ORDERED that plaintiff's motion to remand is denied.

_____
J. Frederick Motz
United States District Judge