IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROSE M. WISE    *

v.    *   Civil No. JFM-02-2323

GALLAGHER BASSET SERVICES, INC.    *

*****

ORDER

For the reasons stated in the accompanying memorandum, it is, this ___ day of _____ 2002,

ORDERED that

1. Defendant's motion for summary judgment is granted;

2. Judgment is entered in favor of defendant; and

3. This case is closed.

_____
J. Frederick Motz
United States District Judge



-11-

